[No. 50508-4-I.   Division One.   June 9, 2003.]

*In the Matter of the Estate of* RICHARD A. MOORE.

GAIL WOOD, *Respondent*, v. DEBRA MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-4-00143-7, Alan R. Hancock, J., entered April 30, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Baker, JJ.

[No. 50524-6-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. L.A.L., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-8-05024-1, Mariane Spearman, J. Pro Tem., entered April 22 and August 20, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Appelwick, JJ.

[No. 50539-4-I.   Division One.   June 9, 2003.]

EDWARD J. HOPKINS, *Appellant*, v. THE CITY OF BOTHELL, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-2-27256-1, Glenna Hall, J., entered April 3 and May 8, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Ellington and Appelwick, JJ.

[Nos. 50610-2-I; 50611-1-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EDWARD BRADSHAW, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN S. LATOVLOVICI, *Appellant*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 00-1-01082-9 and 02-1-00258-0, Steven J. Mura, J., entered May 21 and 28, 2002. *Affirmed* by unpublished per curiam opinion.